184 So. 916

**Durell HICKS v. STATE.**
4 Div. 424.

Court of Appeals of Alabama.
Nov. 15, 1938.

Ralph A. Clark, of Andalusia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.